(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 DEC -5 PM 3: 35

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Plaintiff(s) Destin Dezwyn Reese

Case No. ~~2015CV00138~~

2 1 9 C V 5 3 3 8

vs.

Judge Marbley

MAGISTRATE JUDGE JOLSON

Defendants(s) Trimmer, David A , Atkins, Jesse A , Andrea green

Boyd.

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?**                                    Yes_____          No_✓_
   **A. If you answered "Yes":**
      (1) What is the name and address of your employer

      _____

      _____

      (2) How much do you earn per month? _500$ I Recive SSI Every 1st of the month_

   **B. If you answered "No"**
      (1) Have you ever been employed?              Yes_____          No_✓_
      If yes, what was the last year and month you were
      employed? _____
      How much did you earn a month?_____

**II. What is your marital status?**
   Single_✓_          Married_____          Widowed_____          Divorced_____
   **A. If you answered "Married":**
      (1) Is your spouse employed? Yes_____          No_____
      If yes, how much does your spouse earn each month?
      $_____

**III. Do you have any dependents?**          Yes_____          No_✓_
If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| | | |
| | | |
| | | |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**          Yes_____          No_✓_
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
      Yes_____      No_____

   **A. If you answered "Yes", state the combined total amount:**
      $_____.

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
      Yes_____      No_____
   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VIII. State your address and telephone number where the Court can reach you.**
    _641 N Drexel Ave  Columbus  Ohio  43219_

I declare under penalty of perjury that the above information is true and correct.

_12-5-19_
Date

_____
Signature of Applicant

-3-